UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CODY L. YOUNG,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | CIV-25-231-R |
| ) | |
| **FRANK BISIGNANO,** ) | |
| **Acting Commissioner of** ) | |
| **Social Security,** ) | |
| ) | |
|     **Defendant.** ) | |

## ORDER

Defendant's Unopposed Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) [Doc. No. 15] is GRANTED.

This social security appeal is remanded to the agency for additional administrative proceedings pursuant to sentence four of § 405(g). The Clerk is directed to enter a judgment in accordance with Fed. R. Civ. P. 58, consistent with the United States Supreme Court's decision in *Shalala v. Schaefer*, 509 U.S. 292, 296-302 (1993).

IT IS SO ORDERED this 6th day of August, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE