UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CODY L. YOUNG, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-25-231-R |
| | ) |
| FRANK BISIGANO, | ) |
| Commissioner of Social | ) |
| Security, | ) |
| | ) |
|     Defendant. | ) |

### ORDER

Before the Court is Plaintiff's Application for Award of Attorney's Fees Pursuant to the Equal Access to Justice Act [Doc. No. 18] seeking an award of attorney fees in the amount of $6,347.90. The Commissioner filed a response [Doc. No. 19] indicating that, in the interest of conserving agency and judicial resources, he does not oppose the request. Having considered the motion, the Court GRANTS the request for attorney fees. The undersigned knows of no special circumstances that would make an award of attorney fees unjust and finds the requested amount to be reasonable.

The Court therefore awards Plaintiff $6,347.90 in attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412, payable to Plaintiff in care of her attorney. Should Plaintiff's counsel ultimately receive attorney fees pursuant to 42 U.S.C. § 406(b), counsel shall refund the smaller award to Plaintiff pursuant to *Weakley v. Bowen*, 803 F.2d 575, 580 (10th Cir. 1986).

IT IS SO ORDERED this 11th day of September, 2025.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE